IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SANDY L. STROZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17-CV-853-WKW |
| | ) |
| THE CITY OF LANETT; | ) |
| KYLE MCCOY, individually and in | ) |
| his official capacity as Mayor of the | ) |
| City of Lanett; JASON ABERNATHY, | ) |
| individually and in his official capacity | ) |
| as Code Enforcement Officer of the | ) |
| City of Lanett, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the parties' Stipulation of Dismissal. (Doc. # 40.) Although styled as a stipulation, the parties request a court order of dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, the Stipulation of Dismissal is CONSTRUED as a motion to dismiss under Rule 41(a)(2). It is ORDERED that the motion to dismiss (Doc. # 40) is GRANTED and that this action is DISMISSED with prejudice, with each party to bear his and its own costs.

The Clerk of the Court is DIRECTED to close this action.

DONE this 19th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE